IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| JAMES BOYLESTON, | * | |
|---|---|---|
| Plaintiff, | * | |
| v. | * | CV 117-038 |
| SEAN DOWNES, | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is Plaintiff James Boyleston's Stipulation of Dismissal With Prejudice. (Doc. 27.) Upon consideration and in accordance with Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED** that Plaintiff's complaint against Defendant is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of January, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA